**Emanuel Richard HOWARD,
Plaintiff–Appellant,**

v.

**Jeradine CHILDS, Chief Judge 5th Cir;
Tivis Therland, Atty at Trial; Anne
Spears Walsh, 5th Cir Solicitor; William Byars, Jr., Director of SCDC;
Kela Evans Thomas, Director Dept
PPPS, Defendants–Appellees.**

No. 12–1589.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Emanuel Richard Howard, Appellant
Pro se.

Before WILKINSON, KEENAN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Emanuel Richard Howard appeals the
district court's order denying relief on his
42 U.S.C. § 1983 (2006) complaint. The
district court referred this case to a magistrate judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp.2012).
The magistrate judge recommended that
relief be denied and advised Howard that
failure to file timely objections to this rec-ommendation could waive appellate review
of a district court order based upon the
recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Howard has waived appellate review by
failing to file objections after receiving
proper notice. Accordingly, we affirm the
judgment of the district court.

We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*